Thomas V. Baltimore Police Department

# Prelude and Index

USDC- BALTIMORE
'26 MAY 14 AM 11:54

1:26-cv- 01682- MJM

HD

Rcv'd by:_____

To whom it may concern, this document is to explain what is to follow. This entire file is intended to be made up of the entire series of evidence that I have secured in order to state my case to the BPD, and to the Federal Court system in a cohesive, professional, and organized manner. All of my written statements were typed on BPD's departmental "95" forms, which is the standard form within the agency for reporting just about any matter. These forms were written with the intention of documenting every piece of crucial information related to my case, and timestamped to further boost transparency, and keep the timeline of events consistent and legible. These same forms will be used inside of the agency for when the BPD decides to summons me for statements in reference to allegations I am subjected to, and for when I decide to file complaints with the BPD's Equal Opportunity Diversion Section, which is a subsidiary of the Internal Affairs Section (otherwise known as Public Integrity Division/PID). All forms and evidence otherwise are signed by myself, and have been given the labeling required by the Federal Court (case number and title).

All of the documents/evidence in this writing consist of:

every single 95 report I have written since March 11th, 2026, which contain all incidents chronologically from as early as February 8th, 2026, every instance of harassment/hostile work environment I was subjected to, email chains supporting a lack of intervention and lack of communication and in one instance, supporting the inconsistent behavior of one of the parties in my case. I have documented text messages between myself and BPD's Union's Vice President and Director of BPD's Health and Wellness Section where my matters were not taken seriously enough and supports the failure of these systems to intervene in timely fashions and provide me with proper working conditions. I have documented transfer forms that I have placed to try and leave the hostile work environment and email chains in reference to those transfer forms. I have documented an instance where the agency's Internal Affairs has advised me of a rule which has significantly reduced my ability to properly report misconduct to the agency, written in order to provide the Court with reasoning as to why I was unable to report many of the things I needed to report to BPD's Internal Affairs for such a long time, to support the fact that I exhausted all of my options before resorting to seeking assistance from the Federal Court once matters in my workplace continued to deteriorate without the agency stepping in to assist, defuse, intervene or remove me from the environment. Every single document/piece of evidence is placed in chronological order based on when the incident occurred, not when they were written/communicated (because not all of the incidents were documented on the day(s) they happened). Nonetheless, the entire sequence of events as written "in" the documents is strictly sequential in a chronological manner to make the entire document comfortable and understandable to read and analyze. The next page is an index to provide organization as to when each incident occurred, and the exact date(s) they were reported/written on.

Signed Jordan Thomas

**Occurred Feb 8th, 2026 (hood slide incident)**
**Written March 12, 2026**

**Occured Feb 12th, 2026 (response from front desk incident)**
**Written March 12, 2026**

**Occurred Feb 24th, 2026 (response to signal 13 in Eastern District incident, leading to subsequent suspension incident)**
**Written March 12th, 2026**
**(includes email evidence and suspension paperwork)**

**Occurred Feb 26th/27th, 2026 (notification to and instructions from Union Sgt. J. Glazerman in response to misconduct on 26th, and attempt to report misconduct and surprise suspension on 27th at 1000 hours incident)**
**Written May 10th, 2026**
**(includes text conversation between myself and Union Sgt)**

**Occurred Feb 27th, 2026 (0700 hours conversation with Sgt. McHenry including Sgt Copeland concerning comment incident)**
**Written March 12th, 2026**

**Occurred Feb 27th, 2026 (Suspension occurred 0800 hours, and conversation had with Major Middleton about suspension at 1130 hours incident)**
**Written March 14th, 2026**
**(includes duplicate email evidence and suspension paperwork from Feb 24th incident)**

**Occurred March 2nd, 2026 (reporting back to union Sgt about outcome of attempt to complain, notification of suspension, and seeking assistance incident)**
**(text screenshots only)**

**Occurred March 11th, 2026 (first transfer form to Juvenile Booking Unit placed incident)**
**Written March 11th, 2026**
**(includes email chain regarding this transfer and apparent confusion on who handles transfers and whether I could transfer or not)**

**Occurred March 17th, 2026 (Union Rep's questionable findings with Major Middleton incident and subsequent communication with PID incident)**
**Written March 18th, 2026**
**(includes email chain with PID Sgt. K. Bryant)**

**Occurred April 3rd, 2026 (subjected to Intervention by Director Herron and the Health and Wellness Section in presence of my entire chain of command)**
**(only contains email screenshot of meeting details cont. brief summary of meeting, where it was decided I would involuntarily be subjected to a Performance Improvement Plan under false information incident)**

**Occurred April 12th, 2026 (Sgt. Copeland Rundown incident)**
**Written April 17th, 2026**
**(includes dated rundown document)**

**Occurred April 18th, 2026 (incorrect handling of call for service/harassment incident)**
**Written April 18th, 2026**
**(includes suspension policy and telephone reporting unit policy)**

**Occurred April 24th, 2026 (Sgt. Strand negligence/hostile workplace incident)**
**Written April 24th, 2026**

**Occurred May 1st, 2026 (Health and Wellness refusal to intervene incident)**
**Written May 1st, 2026**

**Occurred May 1st, 2026 (transfer forms placed for ED and WD Districts incident)**
**Written May 1st, 2026**
**(includes transfer forms, and email chain containing information about transfer process)**

**Occurred May 6th, 2026 (conversation with Union Sgt requesting assistance again with reinstatement from suspension, and assistance with transfers incident**
**(text screenshots only)**

**Occurred May 6th/8th, 2026 (conversation with Director Herron asking for assistance with Performance Improvement Plan communication issues, and assistance/questions on being reinstated incident)**
**(text screenshots only)**

**Occurred May 8th, 2026 (requesting update about Performance Improvement Plan via email, given no response incident)**
**(Email chain only)**

**Occurred May 9th, 2026 (Sgt. Brooks husband harassment incident)**
**Written May 9th, 2026**
**(includes text messages from Director Herron and Union rep where Director instructs to file complaint/claims to be unable to assist, and where Union Sgt fails to respond)**

**Occurred May 9th, 2026 (not being assigned OT incident)**
**Written May 9th, 2026**
**(includes original OT submission 95 form, and OT list for that time period)**

**Occurred May 11th, 2026 (made first Internal Affiars complaint, then recieved notice of revocation hearing incident)**
**Written May 13th, 2026**
**(includes revocation hearing notice)**

**Occurred May 12th, 2026 (receievd notification that department would refuse to transfer me despite litigation, hostile work environment incident)**
**Written May 13th, 2-26**
**(includes email chain)**

I hope that this Prelude and Index assists readers with fully understanding the complete timeline in reference to me being subjected to a hostile working environment, retaliation, the BPD's failure to properly investigate my claims, BPD's allowing of an unfair punitive work related suspension to take place under false information before I was allowed the opportunities to explain myself, and the BPD's failure to intervene and/or transfer me out of the hostile work environment in a timely manner, which could have prevented a lot of these incidents from occurring.