IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JORDAN THOMAS,
 Plaintiff,

v.

BALTIMORE POLICE DEPARTMENT, et al.,
 Defendants.

CIVIL ACTION NO.: 1:26-cv-01682-MSM

# June 19th, 2026, notice of correction to factual error in In Forma Pauperis

Plaintiff Jordan Thomas wishes to correct a factual error made on previously submitted motion to proceed In Forma Pauperis filed on June 18th, 2026. In that Motion, Plaintiff, using a pre-generated template for an In Forma Pauperis request, did not realize upon submission to the Court's Clerk that in No. 2 in that document, it was stated that Plaintiff is "unable to prepay the required statutory filing fee and security costs to initiate this action due to poverty". Plaintiff had already made this payment when this matter was first filed on April 29th, 2026. This was an oversight on the Motion submitted that Plaintiff did not initially realize until after submission to the Court's Clerk. Plaintiff has paid the initial filing fee but has since exhausted his liquid assets and experienced substantial changes in circumstances, making him unable to afford future costs that may arise in the execution of his decisions made for his matter for his best interests, such as possible future subpoena service fees, possible future attorney fees, and possible future court fees.

Plaintiff prays that this oversight is forgiven by the judge and the court, and understood as an honest mistake in need of correction, and accepts that correction and clarification as for his needs to proceed In Forma Pauperis.

Respectfully Submitted,

Jordan Thomas