UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JORDAN THOMAS

Plaintiff,

v.

BALTIMORE POLICE DEPARTMENT,

Defendant.

Case No.: 1:26-cv-01682-MJM

---

**AFFIDAVIT / DECLARATION OF PLAINTIFF IN SUPPORT OF EMERGENCY TEMPORARY RESTRAINING ORDER**

I, Jordan Thomas, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge, information, and belief:

1. I am the Plaintiff in the above-captioned matter and am currently employed by the Baltimore Police Department, assigned to the Telephone Reporting Unit (TRU).

2. In March 2026, I received a Right to Sue letter from the EEOC, and in April 2026, I initiated this federal lawsuit alleging systemic harassment by BPD.

3. Immediately following the filing of this lawsuit, in April 2026, BPD command staff circumvented standard internal disciplinary protocols and initiated a request to the Maryland Police Training and Standards Commission (PTSC) to revoke my police certification.

4. In August 2026, while assigned to TRU, I anonymously blew the whistle on a critical public safety issue where patrol officers were systematically ignoring "911 no voice" emergency calls. I compiled a 30-page dossier documenting 118 specific ignored calls over a 37-day period.

5. I submitted this dossier to the DOJ, OSP, OIG, Maryland 911 Board, Baltimore State's Attorney's Office, and the Federal Consent Decree Monitoring Team. The Chairman of the Consent Decree Team, Hassan Aden, explicitly stated via email that his team would not get involved.

6. On September 28, 2026, the PTSC voted 10-2 to revoke my certification.

7. I face an immediate, certain, and irreparable threat of termination the moment the written ministerial order reaches BPD. This termination is being executed in direct retaliation for my federal lawsuit and my public safety whistleblowing.

Executed on this _____ day of _________________, 2026.

_______________________________
Jordan Thomas, Plaintiff Pro Se