Thomas V. Baltimore Police Department 1:26-cv-01682-MJM

# Exhibit A
# 911 no voice scandal dossier

**Complaint of systematic failure and police corruption within BPD**

This complaint is being forwarded to:

The Department of Justice's Special Litigation Section

The BPD Federal Consent Decree Monitoring Team

The Maryland Office of the State Prosecutor

The Baltimore City State's Attorney's Office's Public Trust and Police Integrity Unit

Maryland Office of the Inspector General

Maryland 911 board/Maryland Department of Emergency Management

**Whistleblower/confidentially notice**

*I am an active-duty Police Officer of the Baltimore Police Department calling to report systemic fraud, systematic failure, and widespread corruption which is affecting citizens of the city. I am requesting strict whistleblower confidentiality for the time being at the submission of this complaint.*

**Opening statement and statement of facts:**

BPD allows 911 No Voice calls to be coded out without an Officer's attempt to investigate.

I have been working in proximity to the communications section in BPD since June of 2026, the section where citizens call 911, have their calls sent to dispatch, and then dispatch sends the calls to one of the 9 police districts for independent dispatch to the officer in charge of where the citizen is calling from, or, their calls get to a unit called the Telephone Reporting Unit (TRU) where civilian call agents and police officers take the call, depending on the nature of the call itself.

The types of calls that dispatch will send to TRU are typically non-emergency calls. People who have non-criminal or not-in-progress matters that can either be resolved on the phone, or formally reported as a police report under specific criteria over the phone. Sometimes the Districts will get these types of call from Dispatch, and then a field officer or supervisor will request that the dispatcher sends the call to TRU (or their District-specific front desk Officer who basically has the same exact functions of a TRU member), which oftentimes happens and is a common practice.

One of these types of calls is the 9-11 No Voice call. As the name implies, this means that someone has called 911, however the line dropped before the call could be connected, or it is an "open line", meaning a call to 911 is made and successfully connected, but there is no communication coming from the caller.

There are two types of 9-11 no voice calls. A "standard" 9-11 no voice call, which means a call to 911 was made but there was no exchange of words between the caller and a 911 operator/the call dropped before connection was made. This type of call is sent to dispatch, and then dispatch will either send it to TRU, or to the specific district the call originated from. It is the responsibility of the assigned field officer from the District, once they receive the call, to respond to the location to make sure the caller is okay and/or that there is no emergency occurring. The field officer may also conduct a callback of their own, or request that the dispatcher, or front desk Officer does a callback before responding. Regardless of if a callback is performed or not or by whom, the assigned officer's responsibility is to respond to the location to make sure the caller is okay and/or that there is no emergency happening.

The other option, if the call is sent to TRU by the dispatcher instead of the field officer right away, it is then the responsibility of the TRU member to call the number and if nobody responds after 3 call attempts, they send the call back to the dispatcher to be sent to patrol so a field officer may respond to the location in person to make sure nobody is in need.

The second type of 9-11 no voice call, is a "cell tower" 911 call. It means that a person has called 911 and the call disconnected, however the call either came from a "one way cellphone" with a "bad callback number" (meaning the number cannot be called back), and/or the caller's exact location could not be determined, but the cellphone call "pinged" to the radius of a nearby cell phone tower. These types of calls are often given the disposition of "unable to locate complainant" (disposition code Boy-No/BN) by Telephone reporting unit members and field members due to the fact that without a fixed address or a valid callback number, it is impossible to complete the call.

As it pertains to the "standard" variation of the 9-11 no voice call type however, Field Officers are not responding to these calls once sent out by the dispatcher, or sent back by TRU to the dispatcher. As a reminder, unlike the "cell tower" variation of this type of call, the "standard" call comes with a valid call back number, and a fixed address to check. Officers still do not respond. And their supervisors all across the city are allowing this unethical and very dangerous practice.

In the BPD's Staffing Plan, authored February 26th, 2020 by Law Enforcement Counselor Alexander Weiss after being hired by the BPD to create this very comprehensive plan as mandated by the Department of Justice;

It is written on page 25 of that document that in the year 2018, there were 79,780 9-11 no voice calls. Only 3,811 of these calls, in the span of a year, resulted in the dispatch of a police officer. This extreme imbalance is not entirely due to the fact that it was determined an Officer did not need to respond to these calls (I.e, because the call was determined to be accidental, a child

playing on the phone, etc). This is mostly due to Officers not responding to these calls, period. Even if dispatched, Officers would "code out" (give the call a disposition code such as BN as mentioned earlier) the call almost immediately, and never respond. This has been going on for years, and I have been a part of the agency for 6 years, only 2 years after this document's research is dated, and the same amount of time as when the document itself was published. I have seen it firsthand by Officers in real time ever since 2022 when I first became a patrol Officer, and I have seen it through a much larger and more "hands-on" lens within the environment where the dispatch center, 911 center, and TRU are located in Police HQ.

To give an example of this neglectful, dangerous and unethical practice allowed by the agency, A "standard" 9-11 no voice call is sent to TRU from the NW District and a TRU member assigns themselves to the call at 1800 hours. The TRU member calls the line 3 times, and receives no response. The member then re-routes the call back to the NW District. In the CAD (computer assisted database) system's comment section, the TRU member states that they called 3 times, and there was no answer. The TRU member will also place a comment stating to send an Officer specifically because of that. Sometimes, a TRU member may add more to ensure an Officer responds, stating not only to "send an Officer", but to "send an Officer to make sure person is not incapacitated or is not injured or, does not need help" so that the dispatcher, and the field officer (and by extension, the field supervisor if need be) knows the nature as to why the call is being sent back and that it was requested that an officer is dispatched and why.

The call is successfully rerouted to the NW District at 1803 hours. At 1804 hours, a field Officer gives the call one of three disposition codes. BN, meaning unable to locate caller, DN, meaning police services are not needed, or FN, meaning call was abated. This happens without the Officer ever responding to the location. This often happens without the Officer even calling the number. Sometimes, a field supervisor is the one who gives the disposition code to close the call out. Sometimes, the dispatcher or the supervisor will designate the District front desk Officer to the call, despite the written message in CAD for an officer to be dispatched physically. The front desk Officer will then also be the one who will give one of these 3 codes without sending a field officer out as originally intended.

The codes are not even being given out correctly half of the time. A DN cannot be given unless it is explicitly determined police are NOT NEEDED at a location for example. Without responding to the location, you cannot determine police are not needed. An AN (Adam-No/unfounded) cannot be rendered unless it was determined that the incident (in this case, a 911 no-voice), is unfounded/did not occur. It will be seen that on at least one occasion, this code was given to a 911 no voice call by a supervisor.

The field officers and the supervisors, and sometimes the dispatchers, are engaging in a neglectful pattern in which callers who may actually be in trouble will never see a police response.

Field officers, supervisors, and even some dispatchers, are ignoring the redirected calls sent back by TRU, and the messages in the comment sections written by TRU members to have an

officer respond to the location. Even in cases where a I, TRU member at the time of this complaint, has recognized this pattern early on, and has added even more commentary to the CAD comment box, stating explicitly NOT to send the call to the front desk officer, and NOT to code the call BEFORE an answer is physically dispatched as I have seen it happen before, the calls would STILL be given disposition codes, sometimes by the field supervisor at that, without an Officer ever responding in complete disregard for the possibility of an emergency and the liability that comes with ignoring such calls, completely demonstrating a direct dereliction of duty.

It should be without saying why this is dangerous. There have been instances where contact was able to be made during a 911 no voice call by myself, and it was determined the caller was injured. Or needed an ambulance because they were elderly and facing some sort of medical issue. Or because someone was actively being assaulted. Or because children were trying to call emergency services for their mother. Or even because serious bodily injury such as a gunshot was inflicted on someone.

It is never truly known why a caller may call 911 just for the line to randomly disconnect. It could be a child playing on the phone, as suggested in page 58 of the staffing plan, but it could also be someone in true peril.

The biggest example of this and why the 911 no voice call is to be treated as an emergency until proven otherwise, is made no clearer than in the December 2021 case of Mr. Rajaee Black. A 911 no voice call was made by the ex-girlfriend of Mr. Black at her residence in the city. Field Officers received the 911 no voice call, and did not respond to the location. As a result, the ex-girlfriend of Mr. Black was murdered by him after he broke into her residence. Subsequently, Mr. Black traveled to a home in Baltimore County where he committed another murder, that of his ex-wife, before taking his own life. 3 deaths that could have been avoided had the Officers in the field responded to the 911 no voice.

This is why 911 no voice calls are sent back by TRU and not coded out immediately upon no response.

Another example of this neglect would be if the elderly caller mentioned above who called and stated they were sick and needed an ambulance would have resulted in a member, whether TRU, in the field, or a dispatcher, conducting a callback and there was no answer, leading to a disposition code instead of an actual police response due to the non-contact, that elderly person may have ended up deceased. Because they were unable to dial again or communicate the emergency properly due to a medical emergency.

The children who tried to call 911 because their pregnant mother collapsed at home.

The person who called but the line dropped because their abusive domestic partner disconnected the line.

The person who was just assaulted but dropped their cellphone as they collapsed before being able to communicate their emergency due to a head injury after just being assaulted.

The person who called but is unable to speak because they are hiding under their bed or in their closet, unable to make noise because of an in-progress break-in.

These are ALL scenarios, some very REAL, that are being neglected due to the BPD's systematic failure. Very real scenarios that have been diverted thanks to the decisions made by those with that authority to actually respond or delegate others to respond to locations for these things.

Dispatch and TRU members communicate with field officers, dispatchers and supervisors in all nine of BPD's Districts. ALL Districts engage in this practice. Field supervisors from all Districts receive these calls with the comments in the calls urging a police response and they are ignored and closed out without an officer ever responding.

Who knows how many countless unreported incidents that this practice has led to. How many citizens were affected because we did not respond.

Crimes never resolved or even known to have occurred because we didn't respond. Someone lost or gone missing because we didn't respond. Deaths inside of buildings or homes that are waiting to be discovered because we didn't respond when they called in their final moments.

If one truly wants to demonstrate this firsthand, they can call 911 "right now" and not to speak to dispatch and/or hang up eventually. An Officer will not respond, even if the call is sent to the field Officer. Even if the call is sent to TRU and sent back with CAD comments instructing an Officer to respond. If that is done ten times, I guarantee that 7 or 8 times the call will be given a disposition and you will never see a police Officer.

You could be in your home, all alone. About to suffer from a heart attack or a stroke. You call 911 but you go unconscious right as the call connects to a 911 operator.

You will die in your home, because an Officer never responded to your home and you never got the medical attention you needed in time.

This is the practice that is carried out all across the city in all nine of its Districts. This practice is a well-known issue in the dispatch center and at TRU. Yet nobody is doing anything about it. I don't want to wait until it is too late before the agency finally does something. As a matter of fact, something already HAS happened, the Mr. Black case from 2021 I mentioned. The agency will not listen to me. It has not listened to me before, so I know this firsthand. This is the only way I know to report this systematic failure to the citizens of Baltimore. This is a neglectful, unethical, and very DANGEROUS practice perpetrated by BPD's command and internal infrastructure. Carried out by field Officers, field Supervisors, and in at least 3 specific cases I can point to, some dispatchers too. I, an Officer in TRU, have to watch powerless as 911 no

voice calls go unanswered, not being able to do anything about it. When I've tried to urge Officers in the field to respond to these calls by putting more comments in my CAD re-directions back to the Districts, such as saying "not to send to 99" (99 is the front desk officer radio designation), or "do not code until an officer responds", I was told by my own TRU supervision to keep those comments short and bare-minimum as the comments could come off as "I sound like a supervisor", them wanting no tension between TRU and Patrol.

I truly believe that in some instances, that the "specific" comments I was putting in my re-directs *did* result in more 911 no voice calls being answered. But I was told to tone it down to essentially "keep the peace" between TRU and the field. Which truly, I never had an issue with my supervision for wanting to keep the peace. But the real people suffering were the citizens who would never receive a police response. And that did always make me feel a type of way.

**Suggested preliminary actions**

In investigating such a serious complaint of corruption and widespread neglect and misconduct and poor unethical practices, I suggest an audit. Specially, I suggest:

An audit of TRU CAD activity of 911 no voice calls between the hours of 0645 and 2315 from August 14th, to August 25th 2026 for most recent results. Continue auditing dates beyond this complaint, as it will 100% still be happening in the future until addressed.

For more historic events, audit TRU CAD from June 2026 between the hours of 0645 and 2315 hours.

In order to audit a timeframe that doesn't specifically point to the timeframe I've been assigned to TRU to protect my identity from internal suspicion (not that it matters to me in the grand scheme of things, if I am found out or reveal myself down the line), which was June 14th to the present day, audits of prior months to June 2026 should be conducted as well. Since this has been happening way before I was assigned to the unit, it shouldn't be difficult at all to find other instances of it happening before I got to the unit.

**CAD Notes**

The following are notes that I have taken by utilizing CAD to look up my <u>own</u> CAD history that spans back to since I began taking calls for service at TRU a week after I was assigned to the Unit up until August 22nd. Every note dated after the 22nd was taken in real time while at work.

These are all 911 no voice calls that I have sent back to all of the Districts over a total of 37 working days (to date of the submission of this complaint) in which the call was given a disposition code without a physical police response. The list contains the actual CAD number of the unique call to make an audit easier, the last name and sequence number of the member who coded the call, and the District. Members who are specifically supervisors or front desk

officers, and as I've mentioned above, even in 3 cases, a dispatcher, are mentioned as such for further and easier-to-see evidence that my claims are true.

Some of these notes will also include the exact comment I wrote in the CAD comment box while re-directing the call. This is reflected in a select few of my notes, specifically because I want it understood in those specific calls that despite being very thorough with my instructions during a re-direct, that the call was still ignored by a field Officer or Supervisor. As a reminder, these calls are all 911 no voice calls, or "other" or "investigate" calls. The last 2 being alternatives to the 911 no voice calls but are handled the exact same way. ALL of these calls have re-direct comments stating the needs for a physical Officer response, the ones with my exact comments are listed to further demonstrate the neglect by involved members as stated above. But all of them, upon an official audit, will show every single one has a comment stating contact was not able to be made by TRU.

(There are five entries in Red. Those entries are not instances of a 911 no voice not being answered. It is actually the opposite, but they is present in my notes as it is direct evidence to claims I made earlier in this complaint about what could have happened if the calls had to be sent back to patrol and patrol did not respond).

(There are six entries in Blue. These entries are instances of 911 no voice calls being sent back because the caller could not be reached, but the calls were coded out by a dispatcher instead as mentioned above, never even making it to patrol. This is a further demonstration of the fact practices like this occur regularly).

These notes are listed in chronological order.

06/23/2026
CAD P261742150
BN by Torres-Miranda, K024
(Supervisor)
SED

06/23/2026
CAD P261742192
BN by Tondeur, I916 (Supervisor)
CD

06/23/2026
CAD P261742237
BN by Shoemaker, K791
WD

06/24/2026
CAD P261751545
BN by Hanlon, K959
NWD

06/24/2026
CAD P261752985
BN by Gray, K881
CD

07/02/2026
CAD P261831954
BN by Klado, K127 (front desk officer)
NED

07/15/2026
CAD P261964835
DN by Sabb, I001 (front desk officer)
ND

07/15/2026
CAD P261965507
BN by Paracha, K162
SD

07/16/2026
CAD P261973898
BN by Rago, J926 (supervisor)
WD

07/17/2026
CAD P261984388
DN by Raja, L068
SD

07/17/2026
CAD P261985969
BN by Perez, K407
SED
***send units immediately, caller picked up and was crying hysterically, multiple people heard in background, and nobody answered this officer directly. Possible family disturbance in progress, medic unknown***

07/18/2026
CAD P261994233
BN by Jukam, I872
NWD

07/23/2026
CAD P262045425
(I believe that this was the call where the elderly person wanted an ambulance. If they didn't answer, the call would have very likely been coded. A physical police response did occur here. This is only mentioned to prove my claims from earlier).
SED

07/25/2026
CAD P262063081
BN by Lopez, K819
SD
***Caller answered and situation appears to be domestic/custody related. Send officer.***

**This is around the timeframe where I began to make the specific statements in my re-direct comments to not code until an officer responds.**

07/25/2026
CAD P262063088
BN by Donaldson, L149 (front desk officer)
SWD
*phone rings indefinitely, unable to reach caller. Send officer to make sure nobody is at harm. Do not code until officer responds*

07/25/2026
CAD P262063622
BN by Wagner, K063
CD
*Called 3 times, no answer. Send officer to location to make sure nobody is at harm. Do not code until officer responds*

**This is around the timeframe where I began to make the specific statements in my re-direct comments to not code until an officer responds, AND not to send to front desk officer (99).**

07/25/2026
CAD P262063920
BN by Parker, K904
SWD
*called 3 times, no answer. Voicemail indicates caller is female named [REDACTED]. Send officer to location to make sure nobody is at harm. Do not code until officer responds and canvasses, and do not send to 99.*

07/25/2026
CAD P262064783
BN by Rodgers III, K896
CD
*called 3 times, no answer. Send officer to location to ensure nobody is at harm. Do not code until officer responds, and do not send to 99.*

07/26/2026
CAD P262074057
DN by Johncox, I405 (supervisor)
WD
*caller answered but would not speak. Send officer to location to ensure nobody is at harm. Do not code until officer responds, do not send to 99.*

07/26/2026
CAD P262074336
BN by Mabrey, L104
CD
*called 3 times, no answer. Send unit to location to ensure nobody is at harm. Do not code until officer responds, and do not send to 99.*

07/26/2026
CAD P262074326
AN by Kazmarek, G866
(Supervisor)
SED
*called 3 times, no answer. Send officer to location to ensure nobody is at harm. Do not code until officer responds, and do not send to 99*

07/26/2026
CAD P262074509
BN by Davis, L159 (front desk officer)
SD
*called 3 times, no answer. Send officer to location to ensure nobody is at harm. Do not code until officer responds, and do not send to 99.*

07/26/2026
CAD P262074568
BN by Brown, L214
CD

07/27/2026
CAD P262084538
BN by Nelson, K424
NED

07/30/2026
CAD P262113708
BN by Baur, J316
SED

07/30/2026
CAD P262114504
DN by Mabrey, L104
CD

07/30/2026
CAD P262115382
DN by Rogers, H183 (front desk officer)
ND

**This is around the timeframe I was told to stop putting in CAD to not to code calls unless they respond, and not to send to 99.**

08/01/2026
CAD P262133497
BN by Davis, L159 (front desk officer)
SD
*send officer to location, call goes to voicemail in Spanish. Send Spanish officer*

08/01/2026
CAD P262133585
FN by Hicks, I012
ED

08/01/2026
CAD P262134706
BN by Copeland, H908 (supervisor)
SD
*send officer to location, caller stated something about a step son and something about diagnosis. Difficult to understand caller, possible EP*

08/02/2026
CAD P262143202
BN by Newman, H514 (front desk officer)
NED

08/02/2026
CAD P262144005
BN by Brown, L214
CD
*phone line appears to be dead. Send officer to make sure person is okay*.

08/02/2026
CAD P262144124
BN by Zaza, J954
SD
*called 3 times, no answer. Send officer to location to make sure caller is not hurt*.

08/02/2026
CAD P262144681
DN by Mendez, I042 (supervisor)
ND
*called 3 times, no answer. Send officer to make sure caller is okay*.

08/03/2026
CAD P262154015
BN by Wilson, K918
WD
*phone line appears to be dead. Send Officer in case caller needs help. Incident just came out as a cell tower under CAD 3909*

08/08/2026
CAD P262205137
BN by Quase, J866
SED
call actually sent back to SED twice by myself and another call taker, I. Gwendolyn before coded without a response.

08/09/2026
CAD P262213946
BN by Klein III, K943
WD

08/09/2026
CAD P262214419
BN by Jukam, J397
ED
*called and line goes straight to voicemail. Send officer to make sure person is okay*.

08/10/2026
CAD P262223970
BN by Cole, K831
SWD

08/14/2026
CAD P262263553
BN by Paige, L227
WD

08/14/2026
CAD P262264596
BN by Worthy, G563 (supervisor)
SD
*not sent back by me, sent back by M. Bouknight*

08/15/2026
CAD P262273036
BN by Clay, K920, Vega, K026, and Gubber, K817. (All front desk officers)
WD

08/15/2026
CAD P262273713
BN by Zhang, L166
WD
*number invalid, send officer*

08/15/2026
CAD P262274037
BN by Boateng, K134 (supervisor)
SED

08/15/2026
CAD P262274237
BN by Boateng, K134 (supervisor)
SED

08/16/2026
CAD P262283364
BN by Galewski, K835
WD
*called 3 times, no answer. On 2nd call, caller picked up and I heard noise, possible argument in background but no response after picking line up. Send officer to investigate*.

08/16/2026
CAD P262283439
BN by Raja, L068
SD
*called 3 times, no answer. Send officer to location specifically to make sure caller is okay and not incapacitated in any way*.

08/16/2026
CAD P262283588
BN by Evans, K269
SED
*called 3 times, caller answered on the 3rd, however I could not understand anything he was saying. Send officer to location to ensure caller is okay.*

08/16/2026
CADs:
P262283972
P262283967
P262283965
All 3 CADs were sent back by myself, R. Blake, and I. Gwendolyn.

CAD ending in 3965 had a comment that said "Per Sgt Scott. 3 calls from block, check well being"

CAD ending in 3972 had a comment that said "call coming out 3 times, please have unit respond".

CAD ending in 3967 had a comment that said "Address came out 3 times, multiple TRU members called and could not contact, send Officer to make sure everybody is okay".

Call under "master CAD" of 262283972 was given DN by McDuffie, H700 (supervisor). CAD does not appear to indicate that any police response was rendered.
NED

08/16/2026
CAD P262284032
BN by Cruz, L397
WD

08/17/2026
CAD P262293595
BN by Oyeneyin, L200 (front desk officer)
SWD
*called 3 times, call went straight to voicemail all 3 times. Send officer to location to make sure there is no emergency*.

08/17/2026
CAD P262293963
DN by Ruiz, K930
SED

*called 3 times, no answer. On the 2nd call, the line picked up and a person answered, but their speech was unintelligible. Send officer to location to ensure person is okay.*

08/17/2026
CAD P262294059
DN by Gaines, L133
SWD

*called 3 times, no answer. Please send officer to location to ensure there is no emergency*.

08/17/2026
CAD P262293748
BN by Burgos, J958
CD

08/17/2026
CAD P262294132
BN by Paige, L227 (front desk officer)
WD

*called 3 times, no answer on the 1st. However, they answered on the 2nd and 3rd call but there was no verbal response. Send officer to ensure there is no emergency.*

08/17/2026?
CAD P262294146
BN by Max-Browne, K450
NED

*called 4 times, the phone line appears to be disconnected. Please send officer to ensure there is no emergency.

08/17/2026
CAD P262294417
BN by Rodgers III, K896
CD

08/17/2026
CAD P262294719
BN by Oyeneyin, L200 (front desk officer)
SWD

08/17/2026
CAD P262295262
DN by Dixon, L233
SWD

08/18/2026
CAD P262304178
DN by De Jesus, K709
SED

08/18/2026
CAD P262304667
DN by Tate, I533
NWD
*called 3 times, no answer. Send officer to ensure an emergency is not occurring, especially since call states person “rambling”.

08/22/2026
CAD P262343680
BN by Quintanilla, L036
WD

08/22/2026
CAD P262344598
BN by Brown III, K941
WD

08/22/2026
CAD P262344889
BN by Bushrod, L267
NED

08/22/2026
CAD P262345360
BN by Connor, J902 (front desk Officer)
SED

08/23/2026
CAD P262353224
BN by Featherstone, J416
CD

08/23/2026
CAD P262353338
BN by Raja, L068 (front desk officer)
SD
*Called 3 times, no answer. Send officer to location/area and investigate/canvas to make sure there is no emergency occurring.

08/23/2026
CAD P262353423
BN by Raja, L068 (front desk officer)
SD
*Called 3 times, no answer. Send officer to location/area to investigate/canvas to make sure there is not an in-progress emergency.

08/23/2026
CAD P262353530
BN by Mabrey, L104
CD
*Called 3 times, no answer. Voicemail indicates caller's name is [REDACTED]. Send officer to location/area to investigate/canvas to make sure there is not an in-progress emergency occurring.

08/23/2026
CAD P262353507
BN by Rodriguez-Perez, K656
ND
*Called 3 times, no answer. Send Officer to location/area to investigate/canvas and ensure there is not an in-progress emergency occurring.

**At this point on this day, the same supervisor that once advised me to stop stating in my re-direct comments to not to send calls to 99 and not to code calls until an Officer responds, approached me again and asked me to keep my re-direct comments simple, and stop stating "in case of an emergency/to investigate/canvas", and just to state to send an Officer to avoid conflict between TRU and patrol.**

08/23/2026
CAD P262353759
BN by Raha, L068 (front desk officer)
SD
*bad callback number, however there is an address. Officer response is needed.

08/23/2026
CAD P262353812
BN by Gubber, K817 (front desk Officer)
WD
*bad callback number. However, there is an address to check. Officer response needed.

08/23/2026
CAD P262354072
BN by DeGuzman, K796
WD
*called 3 times, no answer. Send an officer to location*.

**At this point on this day, I realized that the next 3 calls, designated in blue text, were coded out by a dispatcher and given code DN, meaning the calls never even made it to patrol. This was new to me, but I had encountered this before, on the 22nd of August and possibly even before but I cannot recall. I did not pay it much mind on the 22nd when it happened as I was not sure what the CAD readings by the dispatcher really meant. However, upon seeing it happening again on the 23rd, 3 times in a row, I decided to confirm what these entries really were. When I asked a tower dispatcher supervisor for clarity on what the CAD entries by the dispatcher meant and why they occurred, she advised that the dispatcher was not allowed to code calls without permission from either an Officer or a communications supervisor. On a side note, even she expressed a familiarity and concern that 911 no voice calls are coded out by field officers without ever responding during casual conversation with her after my original questions were answered.**

08/23/2026
CAD P262354158
DN By Dispatcher T732
CD
*called 3 times, no answer. Send officer to location/area.*

08/23/2026
CAD P262354180
DN By Dispatcher T732
SW
*called 3 times, phone does not ring, then after about ten seconds, advises phone number does not have a mailbox set up. Send officer to location/area*

08/23/2026
CAD P262354195
DN By Dispatcher T732
CD
*called 3 times, phone line appears to be out of service. Send officer to location/area.

08/23/2026
CAD P262354653
First redirected to Tobery, L312 (front desk officer), then redirected from Tobrey to Kordela, K418, in patrol/on the field.
Kordela gives call BN.
ND

08/23/2026
CAD P262354759
BN by Jumabayev, K978 (front desk officer)
CD

08/23/2026
CAD P262354760
BN by Jumabayev, K978 (front desk officer)
CD

08/24/2026
CAD P262363400
BN by Arroyo, K411
CD

08/24/2026
CAD P262363568
BN by Teddy-Browne, K450
NED

08/24/2026
CAD P262364104
BN by Cole, K831
SWD

08/24/2026
CAD P262364415
EN by Mabrey, L104
(Edward/No "EN" code means "complaint left before officer's arrival/gone on arrival". Why this code was rendered without an officer response is not currently known).
CD
*Caller stated being harassed and stalked via her cellphone services, with a name for a possible suspect being written within these services. Send officer.**

08/24/2026
CAD P262364341
(This is the call where initially, it came out as a 911 no voice with a note that said there were children "playing on the line". I was not able to make contact so I sent it back to patrol. Thankfully, this Officer decided to respond to the location and it turned out to be children on the line indeed, but they were not playing. Their pregnant mother had fallen at home. The Officer had the mother taken to the hospital and transported her children too. I know this because I know the Officer and she told me this information. This is yet another example of a tragedy or otherwise dangerous situation avoided because an Officer chose not to ignore the 911 no voice call. Had the call been coded out like all the others, this situation could have had much different results.

08/24/2026
CAD P262365211
BN by Mabrey, L104
CD

08/24/2026
CAD P262365341
BN by Rubel, K659
NED
*bad callback number, send officer*

08/25/2026
CAD P262373889
DN by Roman, J929
CD

08/25/2026
CAD P262374164
DN by Dockett, G320 (supervisor)
SD

08/25/2026
CAD P262374233
BN by Pawley, J041
SWD

08/25/2026
CAD P262374788
BN by Copeland, H908 (supervisor)
SD
*bad callback number, however there is an address, so send officer*

08/25/2026
CAD P262374791
EN by Unknown Operator, T776
CD
*called 3 times, no answer. Send officer*
(When I sent this call back, I observed it was coded out "EN" (Gone on arrival) by the unit number 1C99, meaning the Central District Front Desk Officer. However, CAD only showed the "1C99" designation, without the name/sequence like it usually does. This was unusual to me, so I asked the tower dispatcher if she could find out who 1C99 was, however she was unable to, citing that "1C99" was probably not logged into CAD properly by their dispatcher, which likely caused what I saw on my end. I then decided to call a friend of mine who was working the Central District on this day, to ask him who 1C99 was. He advised me that there was no 1C99 working on this day. I even tried to call the central district front desk myself a few times to make sure my friend was not mistaken, and not a single one of my calls was picked up, confirming to me a front desk officer for the central district was not working on this day. This means that when I sent the call back initially, a dispatcher for the CD District decided to code the call out themselves, but enter it into CAD in a way that made it look like the front desk officer for the central district coded the call out, when in reality there was no front desk officer. By hovering my cursor over the disposition entry on CAD, I was able to see the disposition was "Entered by Operator:T776 On Terminal:PDCD".)

08/25/2026
CAD P262374901
ED
(This was a 911 no voice call where upon my callback, the caller advised he needed an ambulance for chest pains. If there was no response to my callbacks and this call had to be sent back to patrol simply as a 911 no voice, it's highly likely it would have been coded and the caller's need for emergency services neglected).

08/25/2026
CAD P262375241
NWD
(This was a cell tower 911 no voice call. However, it had a valid callback number so I decided to call it, even though it was a cell tower. The caller advised that her 2 year old toddler was suffering from a seizure. I was trying to get information and send the call back to patrol/fire so quickly, I misspelled words like "immediately". This is another example that a tragedy that could have occurred had the caller not answered my callbacks and I had to send it back to patrol, especially as a cell tower. And to that, the cell tower location was actually the correct address the caller was at)

**At this point, I am starting to question BPD's responses to Cell Tower 911 no voice calls as well, because that last call came out as a cell tower, with a valid phone number. And the cell tower address was the actual address. I am beginning to question it especially since even in TRU, the general practice is that if a 911 no voice call is of the "cell tower" variation, that it is coded "BN" by default, in the field and in TRU. At this point, I began to send back cell tower 911 no voices that had valid callback numbers.**

08/25/2026
CAD P262375463
(cell tower 911 no-voice, with a valid callback number)
Call withheld for unreasonable amount of time/AN
NED
*Send officers to that location, upon call, I heard man and woman arguing, woman stating "just leave" and male heard speaking to her aggressively. Woman then answered me and advised she does not need police however due to the nature of what I heard, send officer*

NED then sends call back to TRU

I send it back to NED, with a second comment:
*upon callback, this officer believes domestic incident to be taking place at that location. Send officer*.

This all occurred between 2138 and 2140 hours. I sent the call back to the NED with the first comment at 21:38:00 hours, and NED sent it back to me/TRU at 21:39:23 hours. I then sent it back to them at at 21:40:00 hours. At 22:13:47, about 33 minutes later, the call is placed on "hold" status in CAD, presumably by the NED by an officer, supervisor, or dispatcher.

At 22:38:28, officers were finally dispatched. Over an hour after the call originally came out at 21:31:52.

Officers determined location was a school and gave the call a code AN. This may be due to the cell tower nature of the call, however I am not sure if Officers attempted callbacks of their own to get more information.

08/26/2026
CAD P262383724
BN by Keith, L073
NED

08/26/2026
CAD P262383969
BN by Williams, K734
NED

08/26/2026
CAD P262385090
BN by unknown operator, TC82
SED
*called 4 times, no answer, on the 2nd, there was an answer to my call but no response to greeting. Could hear subtle conversation in background. Send officer*.
(I observed that this call was given a code of BN by "2C99", which is the designation for the southeast District front desk Officer. However, much like the other incident on the previous day, it did not show the name or sequence of who was operating as 2C99. I called the southeast district to confirm if there was a front desk officer, and there was. The officer advised me, upon my questioning as to if he had this specific call (under suspicion that the dispatcher must have coded the call out themselves), that he did not receive the call I was referring to. This led me to believe the dispatcher, whose sequence number I discovered by hovering my cursor over the CAD entry where the disposition code was given, took it upon themselves to code the call without it being given a physical officer response).

08/29/2026
CAD P262413545
DN by Pinto, E573, Scarbath, K939 (front desk officers)
SWD

08/29/2026
CAD P262413537
BN by Cromer, K638
CD

08/29/2026
CAD P262413539
BN by Artiles Bonilla, K564
CD

08/29/2026
CAD P262413612
CAD P262413678
CD/SED

(This was an incident where it came out originally as a 911 no voice, and I made contact with a woman who was in a car with what she described as an intoxicated boyfriend. I could hear this boyfriend in the background of the call, and she and him were arguing over the duration of my contact. After a while, I determined an in-progress domestic incident with at least one intoxicated person to be occurring, so I advised the caller to pull over, advise her address, and wait for police which she did. At a certain point, the woman began stating "don't touch me" to the man, and I took it upon myself to go and grab the TRU assigned radio and notify the CD District due to the emergency nature of this incident. While I was getting the radio and making my transmissions, I got back to the landline and the caller advised me that the man took her purse, and removed her from the vehicle (it was his vehicle), and left her on the side of the road at an address in the SED District. (Possible miscommunication with the location led to this). Nonetheless, I was able to make contact and Officers did respond to the location where the victim was. This is yet another example of a possible tragedy avoided due to the fact I was able to make contact. Had I been unable to make contact, I would have had to send the call back to patrol with zero context, and it likely could have been coded).

08/29/2026
CAD P262414315
CAD P262414302
BN by Smith, K097
SD

*called 3 times, phone went straight to voicemail all 3 times. Send officer* under first CAD. *Just called this line under CAD ending in 4302. Called again and a child answered but hung up before I could ask for an adult. Send officer to location.* on second CAD

08/29/2026
CAD P262414033
BN by Gelak, K720 (front desk officer)
NWD

08/29/2026
CAD P262414685 (cell tower with valid callback number)
DN by Pinto, E573 (front desk officer)
SWD

08/29/2026
CAD 262414712 (cell tower with valid callback number)
BN by Mabrey, L104
CD

08/29/2026
CAD 262414701
BN by Mabrey, L104
CD

08/29/2026
CAD 262414694 (cell tower with valid callback number)
BN by Hill, I432 (supervisor)
SED

08/29/2026
CAD 262414775
BN by Turner, L119
CD

08/29/2026
CAD P262414947
BN by Burgos, J958
CD
*called back 3 times, no answer. This is the third time this number has called. Please send officer to location.*

08/29/2026
CAD 262415049
BN by Cromer, K638
CD

08/29/2026
CAD P262414935
BN by Brown III, G738
NED

08/29/2026
CAD P262415211 (cell tower with valid callback number)
BN by Hosang, K928
CD

08/29/2026
CAD P262415095
BN by Sum, L322
CD

08/29/2026
CAD P262415262 (cell tower with valid callback number)
BN by Tobrey, L312 (front desk officer)
ND

08/29/2026
CAD P26241500
BN by Biondo, J752 (supervisor)
ED

08/29/2026
CAD P262415337
BN by Biondo, J752 (supervisor)
ED

08/30/2026
CAD P262423182
BN by Rashid, L317
CD

08/30/2026
CAD P262423311
BN by Guerrier, L146
WD

08/30/2026
CAD P262423252
BN by Page, L007
CD

08/30/2026
CAD P262423365
BN by German, K895
ND

08/30/2026
CAD P262423466
BN by German, K895
ND
*Caller began to cuss me out upon all 3 callbacks, on the 1st one caller advised me to tell someone at [REDACTED] to stop calling her phone. On the 2nd, she answered the phone as a detective and hung up. On the 3rd, she cussed me out again and said she blocked this number, possible EP based on behaviors. Send officers to investigate.*

08/30/2026
CAD P262423806
BN by Burgos, J958
CD
*bad callback number, however there is an address, not a cell tower location, send officer for safety*.

08/30/2026
CAD P262423809
BN by Burgos, J958
CD

08/30/2026
CAD P262423869
DN by unknown operator, T732
ED
(Despite reporting this operator before with the dispatch tower supervisor prior as documented in this log, and the tower supervisor telling me the operator was not allowed to code calls on their own, this same operator has done the same thing again as reflected in this CAD entry).

In total, at the time of this complaint's submission, that is **118** of these 911 no voice calls over the span of 37 working days (not including my personal days off, vacation time, and sick time since I began taking calls at TRU in late June 2026) that were wrongfully coded out without an Officer response, again, since June of 2026 alone.

*Please keep in mind that these notes are just from myself, a single employee. This final count does not include the 911 no voice calls received and then sent back to be coded by other TRU members. A standard TRU shift has between 5 and 6 Officers/Civilian call takers. TRU has a morning shift and an afternoon shift. That means daily, there are a total of 10-14 Officers/Civilian call takers who are also experiencing this very same systemic failure at play throughout 16 hours per day. Meaning, the total number of 911 no voice calls that go unanswered daily, is significantly higher than my notes. I know firsthand that this happens to them too because I've spoken with my team and asked them about their experiences with sending 911 no voice calls back, and them also noticing the calls are not being answered. My supervisors are well aware of these huge problems too, as we often have good discussion about how often 911 no voice calls do not get answered.*

**Conclusion**

This complaint is being submitted in good faith to report a widespread systemic failure, potential policy violations, and common law misconduct. As stated at the beginning of this complaint, I am requesting formal whistleblower protections under Maryland law and BPD policy against administrative retaliation.

The goal of this complaint is to report the wrongdoings and unethical and unsafe practices mentioned in the complaint. Citizens should be comfortable knowing that if they call 911, but the call is disconnected and they are unable to call back for one reason or the next, that we will show up to ensure that there is no emergency. I have spoken to several citizens on the street across working patrol shifts in all the 9 Districts and some have told me that they've called 911 before when they needed us but we never showed up. I never really understood why I was hearing that type of comment so often over the years. But after being assigned to TRU and understanding the true nature of the practices carried out by BPD from this unique perspective, it makes sense now. This is a grave issue that has plagued the citizens for far too long. And as I have stated above, I do not want to wait until something bad happens to someone and then let

that be when the BPD finally does things differently. I am a Police Officer. I swore an oath to protect and serve the citizens of the city, and part of the service is to report internal misconduct in all of its shapes and forms, no matter how big or small. Officers, whether they be field officers, front desk officers, or even supervisors, and in the 3 cases of the dispatcher, are wrong when they allow what are essentially false CAD entries to be entered into CAD. Giving calls disposition codes without ever responding, despite instructions to for a physical response, are clear disregards for the citizens we serve. They absolutely rise to the level of criminal misconduct as well.

What I have described is beyond just a few anomalies of general errors at work. This is a clear display of a much larger systemic issue with a strong internal corruption root. I believe that the agency's leaders have to be, *must* be, to some extent, aware of this practice. But it is my belief that they do not want to acknowledge these 911 no Voice calls because they could possibly lead to more reported crimes. More negative statistics that go against the image the BPD and other city leadership is trying to portray and maintain, that "our numbers are down". That crime is down as a whole.

But the reality is, if these calls are not being answered in such a volume as reported in and since at least 2018 as the BPD's Staffing Plan advises, then that means the statistics are wrong. At what point does the city and the BPD say that an image to maintain is not as important as a 911 no voice call?

**This needs to be addressed, and those involved, held accountable.**